# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JACK ELWOOD McCLENDON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 7:03-cv-01863-LSC-JEO |
| ROCHELLE LYNCH, *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on October 6, 2005, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The plaintiff filed objections to the report and recommendation on October 21, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

Done this 28th day of October 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153